| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wood, Diane P. | 2. Court or Organization<br><br>U.S Court of Appeals for the Seventh Circuit | 3. Date of Report<br><br>5/8/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>2788F U.S. Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604-1805 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Lecturer in Law | The University of Chicago Law School |
| 2. | Trust, Council, and Board | American Academy of Arts & Sciences |
| 3. | Board | Constitutional Rights Foundation Chicago |
| 4. | Council and Executive Committee | American Law Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 5/8/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | University of Chicago (Teaching) | $27,765.00 |
| 2. 2017 | LEG, Inc. dba West Academic (book royalties) | $1,327.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Northwestern Feinberg School of Medicine - Professor of Neurology - salary |
| 2. 2017 | Self-employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | January 18-20, 2017 | Philadelphia, PA | Council Meeting | T, F, L |
| 2. | Arizona State University | January 27-28, 2017 | Phoenix, AZ | O'Connor Justice Prize Dinner | T, F, L |
| 3. | American Law Institute | February 8-9, 2017 | Philadelphia, PA | Project | T, F, L |
| 4. | American Academy of Arts and Sciences | April 5-7, 2017 | Cambridge, MA | Governance Meeting | T, F, L |
| 5. | Yale University | April 18-19, 2017 | New Haven, CT | Moot Court | T, F, L |
| 6. | Wabash College | April 24, 2017 | Crawfordsville, IN | Peck Senior Medal, recipient | T, F |

| | | | | | |
|---|---|---|---|---|---|
| 7. | DuPage County Bar Association | May 4, 2017 | Wheaton, IL | Speaker, Law Day | F |
| 8. | University of Chicago Law School | May 21-24, 2017 | Washington, DC | American Law Institute Annual Meeting | T, F, L |
| 9. | American Bar Association | May 31-June 2, 2017 | Mexico City, MX | Antitrust Conference | T, F, L |
| 10. | American Bar Foundation | July 21-23, 2017 | Evanston, IL | Aspen Institute, conference speaker | F, L |
| 11. | Texas Supreme Court Historical Society | September 8-10, 2017 | Austin, TX | Speaker, Hemphill Dinner | T, F, L |
| 12. | American Academy of Arts and Sciences | October 5-8, 2017 | Cambridge, MA | Induction Weekend | T, F, L |
| 13. | American Law Institute | October 17-19, 2017 | New York, NY | 100th Anniversary & Council Meetings | T, F, L |
| 14. | Appellate Judges Education Institute Summit | November 3-5, 2017 | Long Beach, CA | Conference | T, L |
| 15. | American Law Institute | November 29-30, 2017 | New York, NY | Project | T, F, L |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 5/8/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA Traditional Fund (note 1, Part VIII) | | None | N | T | | | | | |
| 2. CREF Stock R3 Traditional mutual fund (note 1) | | None | O | T | | | | | |
| 3. BMO Harris Bank - cash account | A | Interest | N | T | | | | | |
| 4. Chase Bank - cash account | A | Interest | O | T | | | | | |
| 5. Ameriprise 403(b) (H) | | | | | | | | | |
| 6. - Ameriprise Financial Inc. Fund (note 1) | | None | M | T | | | | | |
| 7. Baird Insured Deposit - cash account | A | Interest | L | T | | | | | |
| 8. BMY (Bristol-Myers Squibb) - common stock | A | Dividend | K | T | | | | | |
| 9. Fastenal Co. (FAST) - common stock (note 2) | D | Dividend | N | T | | | | | |
| 10. Fidelity Rollover IRA (H) | | | | | | | | | |
| 11. - FDRXX (note 1) | | None | P1 | T | | | | | |
| 12. - CLSPX (note 1) | | None | M | T | | | | | |
| 13. - FAST (note 1, 2) | | None | K | T | | | | | |
| 14. - FDVLX (note 1) | | None | N | T | | | | | |
| 15. - GE (note 1) | | None | K | T | | | | | |
| 16. - TFFYX (note 1) | | None | M | T | | | | | |
| 17. Sep IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - FDRXX (note 1) | | None | J | T | | | | | |
| 19.  - FLPSX (note 1) | | None | M | T | | | | | |
| 20.  Fidelity Northwestern (H) | | | | | | | | | |
| 21.  - JDVWX (note 1) | | None | M | T | | | | | |
| 22.  - MVCKX (note 1) | | None | N | T | | | | | |
| 23.  - VPMAX (note 1) | | None | N | T | | | | | |
| 24.  Northwestern Mem. 401K (H) | | | | | | | | | |
| 25.  - Vanguard Target Fund (note 1) | | None | J | T | | | | | |
| 26.  - FGCKX (note 1) | | None | K | T | | | | | |
| 27.  - JDVWX (note 1) | | None | K | T | | | | | |
| 28.  Northwestern 457(b) (H) | | | | | | | | | |
| 29.  - VTTVX (note 1) | | None | J | T | | | | | |
| 30.  - VTXVX (note 1) | | None | M | T | Buy | 06/30/17 | M | | Nwestern internal transfer |
| 31.  Fidelity NMFF 457(b) (H) | | | | | | | | | |
| 32.  - ARBSX | | | | | Sold | 06/30/17 | M | D | Nwestern internal transfer |
| 33.  - ATTIX | | | | | Sold | 06/30/17 | J | A | Nwestern internal transfer |
| 34.  - BHYIX | | | | | Sold | 06/30/17 | M | A | Nwestern internal transfer |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 5/8/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Northwestern Medical (H) | | | | | | | | | |
| 36.  - FGCKX | | | | | Sold | 10/04/17 | P1 | G | Nwestern internal transfer |
| 37.  - HAOYX | | | | | Sold | 10/04/17 | M | D | Nwestern internal transfer |
| 38.  - ODVYX | | | | | Sold | 10/04/17 | M | E | Nwestern internal transfer |
| 39. Fidelity Puritan Fund | D | Dividend | M | T | | | | | |
| 40. General Electric - common stock | A | Dividend | J | T | | | | | |
| 41. Walmart de Mexico - stock | A | Dividend | K | T | | | | | |
| 42. Wells Fargo Acct (H) | | | | | | | | | |
| 43.  - WMFAX (municipal bond - A) | A | Dividend | J | T | | | | | |
| 44.  - SADAX (ultra-short-term income - A) | C | Dividend | N | T | | | | | |
| 45.  - WMUXX (municipal mny-mkt - A) | A | Dividend | L | T | | | | | |
| 46. Whole Foods - common stock | | | | | Sold | 08/31/17 | N | G | Amazon takeover |
| 47. Zimmer Biomet Holdings | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investements and Trusts

Notes:

Note 1. All holdings designated for Note 1 are ordinary mutual funds or annuities for which neither I nor my spouse has any say in the investment mix, and which are not income-producing. The value of accumulations increases or decreases depending on the market and premiums paid.

Note 2. (For lines 9 and 13) In previous years, I have used the aggregate value of the Fastenal prositions that are independently held and part of the rollover IRA. This year I have segregated those two amounts in lines 9 and 13.

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 5/8/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane P. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544